

# United States District Court
# Eastern District of California

| Bonita Hampton |
| --- |

Plaintiff(s)

V.

| PropertyRadar, Inc. |
| --- |

Defendant(s)

Case Number: | 2:26-cv-01977-TLN-SCR |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Adam C. York _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Bonita Hampton

On _____11/08/2007_____ (date), I was admitted to practice and presently in good standing in the

_____Supreme Court of Illinois_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: _____06/01/2026_____          Signature of Applicant: /s/ _Adam C. York_____

**Pro Hac Vice Attorney**

Applicant's Name: Adam C. York

Law Firm Name: Crosner Legal, P.C.

Address: 1021 West Adams St Suite 200

City: Chicago          State: IL     Zip: 60607

Phone Number w/Area Code: (866) 276-7637

City and State of Residence: Chicago, IL

Primary E-mail Address: adam@crosnerlegal.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Michael T. Houchin

Law Firm Name: Crosner Legal, P.C.

Address: 9440 Santa Monica Blvd Suite 301

City: Beverly Hills          State: CA     Zip: 90210

Phone Number w/Area Code: (866) 276-7637          Bar # 305541

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/1/2026

JUDGE, U.S. DISTRICT COURT